Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

Southern District of mississippi

Southern Division

| | |
|---|---|
| Voncell Bandy | Case No. 3:25-cv-831-CWR-ASH |
| _____ | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | |
| *(Write the full name of each plaintiff who is filing this complaint.* | |
| *If the names of all the plaintiffs cannot fit in the space above,* | |
| *please write "see attached" in the space and attach an additional* | |
| *page with the full list of names.)* | |
| -v- | |
| M.D.O.C. / C.M.C.F | |
| _____ | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the* | |
| *names of all the defendants cannot fit in the space above, please* | |
| *write "see attached" in the space and attach an additional page* | |
| *with the full list of names. Do not include addresses here.)* | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I.    **The Parties to This Complaint**

   A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name    Vonzell Bandy

   All other names by which

   you have been known:    Vonzell Bandy

   ID Number    0248685

   Current Institution    C.M.C.F.

   Address    P.O. Box 88550

   pearl _____ MS _____ 39208
         *City*       *State*      *Zip Code*

   B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1

   Name    M.P.O.C. / C.M.C.F

   Job or Title *(if known)*

   Shield Number

   Employer

   Address    P.O. Box 88550

   pearl _____ MS _____ 39208
         *City*       *State*      *Zip Code*

   ☐ Individual capacity    ☐ Official capacity

   Defendant No. 2

   Name

   Job or Title *(if known)*

   Shield Number

   Employer

   Address

   _____ City _____ State _____ Zip Code

   ☐ Individual capacity    ☐ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
- Name
- Job or Title *(if known)*
- Shield Number
- Employer
- Address

|  | City | State | Zip Code |

☐ Individual capacity    ☐ Official capacity

Defendant No. 4
- Name
- Job or Title *(if known)*
- Shield Number
- Employer
- Address

|  | City | State | Zip Code |

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

property loss / property damage

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

N/A

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See attached page 4A

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

June 2025 - Presently    C.M.C.F.
P.O. Box 88550
Pearl, Ms 39208

Statement of Claim

On or about 5-16-2025 with regards to the incident where I was about to be attacked and had to escape by jumping out the window in C-building on A-1 yard at C.M.C.F. The night warden Hamilton took me to medical, Then to the lockdown unit, Section 6. I was told my property would follow me to lock-down. They only gave me A blanket. And my property has never been restored to me at all. Thus said, I currently still have none of my property. I've been locked up or imprisoned for the past (11) eleven years So I have had accumulated numerous personal items and valuable family property of Sentimental value including but not limited to:

1. Boxes of legal/work and papers
2. Nike shoes size 11' & size 12'
3. about $300.00 worth of commissary (I Just spent $300.00 the day I got locked up, hours before)
4. fans
5. 1 gold necklace
6. 1 gold diamond cross
7. 1 gold glasses
8. 2 prayer rugs
9. Commissary T-shirts, thermal sets, socks, boxers
10. 1 radio and 1 head phones

4A. of 11

Not omitting the fact that I had just come from another State (Virginia) with additional items. like my numerous family photos, cards, letters, certificates of achievements, books that I myself bought. Not omitting State issue that I only had a few days prior to this loss. So currently I have only the clothes on on my body I went to the hole with.

Signed: _____

#0248685

48. of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

June 2025 until present

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

mental intense infliction of anguish, stress, loss of memories, money, things material value and sentimental

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

1. This is a Jury demand
2. The defendant enjoy no immunities
3. the defendant pay all court cost and fees
4. They should pay to the defendant in punitive damage ($2000) two thousand dollars. For it was done illegally under the color of the state law



DEPARTMENT OF JUSTICE CIVIL RIGHTS DIVISION
INCIDENT INFORMATION FORM

I, VONZELL BANDY #248685, WAS GIVEN AN INTER-STATE COMPACT AND TRANSFERED TO THIS STATE FROM THE STATE OF VIRGINIA DUE TO A UNIVERSAL GANG RELATED HIT ON MY PERSONS. YET HERE IN THIS STATE OF MISSISSIPPI THEY ARE NOT TAKING MY ISSUE SERIOUSLY AND ARE CONSISTANTLY PLACING MY LIFE IN DANGER AND CONSTITUTING A VIOLATION OF FAILURE TO PROTECT. LETTERS HAVE BEEN WRITTEN TO THIS STATES COMMISSIONER BURL CAINS, SUPERINTENDENT WARDENS AND CASE MANAGERS. BUT THEY ACT LIKE THEY DON'T KNOW WHY I WAS INITIALLY TRANSFERED HERE AS IF I'VE COMMITTED A CRIME TO BE HERE WHICH I HAVE NOT. I'M CONSTANTLY IN FEAR FOR MY LIFE. DUE TO THE NUMEROUS GANG MEMBERS AND GANG ACTIVITY HERE AT THIS FACILITY (C.M.C.F.) CENTRAL MISSISSIPPI CORRECTIONAL FACILITY. FOR THEY KEEP PUTTING ME IN HARMS WAY. ON 5-16-2025 I WAS OUT IN GENERAL POPULATION A-1 YARD B-Bldg. IN THE SALLYPORT AND THE C.O. CAME TO LOCK THE INMATES DOWN. THE C.O. HAD TO KNOW THAT CERTAIN GANG MEMBERS WERE BOUT TO DO THE HIT ON MY LIFE SO I HAD TO ESCAPE BY JUMPING OUT OF A WINDOW. C.M.C.F. STAFF CAME AND PLACED ME ON LOCK-DOWN. AFTER ABOUT A MONTH ON LOCK-DOWN WARDEN MRS. KING CAME TO MY CELL TELLING ME TO PACK UP THAT I WAS MOVING TO C-CUSTODY. (BUT THEY HAD NOT GIVEN ME ANY OF MY PROPERTY. I LOSS 11 YRS. WORTH OF MY PERSONAL PROPERTY T.V., SHOES, CLOTHES, BOOKS, FANS, JEWELER, ECT.) WARDEN KING CAME WITH MACS AND A BEAN BAG GUN TO FORCE ME OUT THE CELL, PUT ME IN HANDCUFFS AND TOOK ME TO C-CUSTODY WHERE THE INMATES ARE OUT LIKE GENERAL POPULATION FROM 5:00 A.M. TO 5:00 P.M.. AND MY LIFE IS AGAIN PLACED IN HARMS WAY DUE TO THE MANY GANG MEMBERS THAT ARE ON C-CUSTODY WITH ME. I FEEL THAT THE STAFF MEMBERS HERE AT C.M.C.F ARE APART OF THE PLOT TO HARM OR TAKE MY LIFE. I AM IN NEED OF YOUR ASSISTANCE BEFORE I DON'T SURVIVE THE NEXT ATTACK ON

Please mark all mail as "privileged mail" and return to:
U.S. Department of Justice
Civil Rights Division – Special Litigation Section
150 M Street NE (4 CON)
Washington, DC 20002

Other Ways to Contact Team:
community.msdoc@usdoj.gov
833-591-0288 (voice-mail only)

1. OF 2.        4C of 11.

on my life. When I told the warden Mrs. King about my situation prior to her forcing me out of the cell on C-Custody she stated that she "did not care." As if she already knew my delima or was in with this assassination of my life. They will not replace my property. Saying that I missed the time frame to get new property. And I currently won't even have sheets on my bed not towel or wash cloths. ect. etc. This act of failure to protect is nerve racking, extreme infliction of mental anguish and unconstitutional. Subsequently they are going to attempt to force me back out in general population because C-Custody is only for so long. I am in serious need of your help to resolve these life threaten issues and concerns. For this universal hit on my life is very serious and the state of Mississippi's correctional system has not or is not compatable to the seriousiness of the situation. I shall end here. Your assistance is/will be highly appreciated. Thank you in advance.

Signed: _____
#248685

2. of 2.

**VII. Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☒ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.      Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.      If you did file a grievance:

1.      Where did you file the grievance?

C.M.C.F
P.O. Box 88550
Pearl, MS. 39208

2.      What did you claim in your grievance?

Property loss, Property damage

3.      What was the result, if any?

Denied relief

4.      What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

1983 civil complaint

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

It was filed

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

Warden King, supt. Banes, all the admin basically and officers

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Issue is on-going
They gave me nothing, I still have nothing

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)        N/A

Defendant(s)      N/A

2.    Court *(if federal court, name the district; if state court, name the county and State)*

N/A

3.    Docket or index number

N/A

4.    Name of Judge assigned to your case

N/A

5.    Approximate date of filing lawsuit

N/A

6.    Is the case still pending?

☐ Yes

☒ No

If no, give the approximate date of disposition.    N/A

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

N/A

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

N/A

☐ Yes

☒ No

D.      If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit
     Plaintiff(s) _____
     Defendant(s) _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

     _____

3.   Docket or index number

     _____

4.   Name of Judge assigned to your case

     _____

5.   Approximate date of filing lawsuit

     _____

6.   Is the case still pending?

     ☐ Yes

     ☒ No

     If no, give the approximate date of disposition _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
                         N/A

     _____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  10/26/2025

Signature of Plaintiff

Printed Name of Plaintiff  Vonzell Brandy

Prison Identification #  6248685

Prison Address  C.M.C.F.    P.O. Box 88550

Pearl    MS    39208

                                                   *City*             *State*       *Zip Code*

### B.    For Attorneys

Date of signing:

Signature of Attorney  N/A

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

                                                   *City*             *State*       *Zip Code*

Telephone Number

E-mail Address